IN THE COUNTY COURT OF THE SEVENTH _____ JUDICIAL
CIRCUIT, IN AND FOR FLAGLER _____ COUNTY, FLORIDA

Kenneth Cunningham
_____,
                              Petitioner,

and

I.Q. Data International, Inc.
_____,
                              Respondent.

Case No.: _____ 2024 SC 000712 _____
Division: Small Claims _____

*4:00 v*
*J K l S*
*6 | 18 | 24*

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

TO/PARA/A: {enter other party's full legal name} I.Q. Data International, Inc.
_____,

{address (including city and state)/location for service} C/O CORPORATION SERVICE COMPANY, R/A _____.
1201 Hays Street
Tallahassee, FL 32301

### IMPORTANT

YOU ARE HEREBY NOTIFIED that you are required to appear in person/ZOOM or by attorney at the
COURTHOUSE located at __1769 E MOODY BLVD, BLDG #1, BUNNELL, FL, 32110__ on the __1ST__
day of _____AUGUST_____, 20 24 at __1:30 PM__ AM/PM for PRE-TRIAL CONFERENCE
before a judge of this court.

A phone call will not protect you. Your written response, including the case number given above and the
names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and
property may be taken thereafter without further warning from the Court.** There are other legal
requirements. You may want to call an attorney right away. If you do not know an attorney, you may call
an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the
Court, you must also serve a copy of your written response on the party serving this summons at:

{Name and address of party serving summons} _____

_____.


**If the party serving summons has designated email address(es) for service or is represented by an
attorney, you may designate email address(es) for service by or on you. Service must be in
accordance with Florida Rule of General Practice and Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit
Court's office. You may review these documents, upon request.**

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo..

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar ___ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].) Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce

tribunal. Qui se trouve a: {L'Adresse} _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle. (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.) Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____6/14/2024_____

(SEAL)

CLERK OF THE CIRCUIT COURT

By: _____
        Deputy Clerk

**IN THE COUNTY COURT OF THE SEVENTH JUDICIAL CIRCUIT**
**IN AND FOR FLAGLER COUNTY, FLORIDA**
**SMALL CLAIMS DIVISION**

**KENNETH CUNNINGHAM,**

     **Plaintiff,**

**v.**                                                                                  **Case No.**

**I.Q. DATA**
**INTERNATIONAL, INC.,**

     **Defendant.**

_____/

### PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW**, Plaintiff, **KENNETH CUNNINGHAM** ("Mr. Cunningham" or "Plaintiff"), by and through the undersigned counsel, and hereby sues and files this Statement of Claim against Defendant, **I.Q. DATA INTERNATIONAL, INC.** ("Defendant"), and in support thereof states as follows:

### _Introduction_

1.    This action arises out of an alleged "Debt" or "Consumer Debt" as defined by Fla. Stat. § 559.55 (6) and Defendant's violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et. seq.* ("FCCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"), in attempting to collect such Debt by continuing to place calls to Mr. Cunningham's cellular telephone after Mr. Cunningham demanded that Defendant stop calling his cellular telephone, which can reasonably be expected to harass Mr. Cunningham.

### *Jurisdiction and Venue*

2.      This is an action for damages that does not exceed Eight Thousand Dollars ($8,000.00), exclusive of interest, costs, and attorney's fees.

3.      Jurisdiction is proper in the State of Florida where the Defendant conducts business in the State of Florida.

4.      Jurisdiction of this Court also arises where Defendant's tortious activity under the FCCPA occurred in the State of Florida.

5.      Venue is proper in Flagler County, Florida, where Defendant has physical locations in Flagler County, Florida.

6.      Venue is proper in Flagler County, Florida, where this tortious cause of action accrued in Flagler County.

7.      Venue is also proper in Flagler County, Florida pursuant to Fla. Stat. § 559.77 (1) as a substantial part of the events or omissions giving rise to the claims occurred in this County.

### *Parties*

8.      Plaintiff, Mr. Cunningham, was and is a natural person and, at all times material hereto, is an adult, a resident of Flagler County, Florida, and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55(8) and/or 15 U.S.C. § 1692a(3).

9.      At all times material hereto, Defendant was and is a business with its principal place of business in the state of WA, and its registered agent, CORPORATION SERVICE COMPANY, located at 1201 Hays Street, Tallahassee, FL 32301.

10.     Further, at all times material hereto, Defendant is a "Consumer Collection Agency" as defined by Fla. Stat. § 559.55 (3) and/or a "Debt Collector" as defined by Fla. Stat. § 559.55 (7) and 15 U.S.C. § 1692a(6).

11.     Defendant regularly uses the mails and/or telephone to collect, or attempt to collect, defaulted consumer debts.

12.     Defendant collects or attempts to collect defaulted debts owed to another using the telephone and mails.

### *Statements of Fact*

13.     Mr. Cunningham opened an account with Defendant for personal or household use ("Account").

14.     Sometime thereafter, Mr. Cunningham encountered financial difficulties and fell behind on his payments towards the Account, which incurred an outstanding balance owed thereunder ("Debt").

15.     On or around January 9, 2024, Mr. Cunningham spoke with Defendant and advised Defendant that he could not afford to pay the Debt and demanded that Defendant stop calling his Cellular Telephone.

16.     In or around January of 2024, Defendant continued placing calls to Mr. Cunningham's cellular telephone number, 352-***-6013 ("Mr. Cunningham's" Cellular Telephone), in attempts to collect the Debt.

17.     Defendant has called Mr. Cunningham's Cellular Telephone at least twice since January 9, 2024.

18.    Defendant has called Mr. Cunningham's Cellular Telephone from several different telephone numbers, including but not limited to 907-331-4905 and 652-847-0081.

19.    All of Defendant's calls to Mr. Cunningham's Cellular Telephone were placed in attempts to collect the Debt.

20.    Defendant has harassed Mr. Cunningham due to the timing and frequency of its calls.

### _Count 1: Violation of the Florida Consumer Collection Practices Act ("FCCPA")_

21.    Mr. Cunningham re-alleges paragraphs 1-20 and incorporates the same herein by reference.

22.    Defendant violated the FCCPA.  Defendant's violations include, but are not limited to, the following:

    a.    Defendant violated Fla. Stat. § 559.72(7) by continuing to place calls to Mr. Cunningham's Cellular Telephone after Mr. Cunningham demanded that Defendant stop calling his Cellular Telephone, which can reasonably be expected to harass Mr. Cunningham.

23.    As a result of the above violations of the FCCPA, Mr. Cunningham has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

24.    Defendant's actions have damaged Mr. Cunningham by causing him stress.

25.    Defendant's actions have damaged Mr. Cunningham by causing him anxiety.

26.     Defendant's actions have damaged Mr. Cunningham by being an annoyance.

27.      Defendant's actions have damaged Mr. Cunningham by causing him aggravation.

28.     It has been necessary for Mr. Cunningham to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

29.     All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Defendant as follows:

   a.   Awarding statutory damages as provided by Fla. Stat. § 559.77;

   b.   Awarding actual damages;

   c.   Awarding costs and attorneys' fees;

   d.   Ordering an injunction preventing further wrongful contact by the Defendant; and

   e.   Any other and further relief as this Court deems just and equitable.

### Count 2: Violation of the Fair Debt Collection Practices Act ("FDCPA")

30.     Mr. Cunningham re-alleges paragraphs 1-20 and incorporates the same herein by reference.

31.     Mr. Cunningham is a "consumer" within the meaning of the FDCPA.

32.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

33.     Defendant is a "debt collector" within the meaning of the FDCPA.

34.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a.   Defendant violated 15 U.S.C. § 1692d(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

35.     As a result of the above violations of the FDCPA, Mr. Cunningham has been subjected to unwarranted and illegal collection activities and harassment for which he has been damaged.

36.     Defendant's actions have damaged Mr. Cunningham by causing him stress.

37.     Defendant's actions have damaged Mr. Cunningham by causing him anxiety.

38.     Defendant's actions have damaged Mr. Cunningham by being an annoyance.

39.     Defendant's actions have damaged Mr. Cunningham by causing him aggravation.

40.     It has been necessary for Mr. Cunningham to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

41.     All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

a. Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

b. Awarding actual damages;

c. Awarding costs and attorneys' fees;

d. Ordering an injunction preventing further wrongful contact by the Defendant; and

e. Any other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, **KENNETH CUNNINGHAM** , demands a trial by jury on all issues so triable.

Respectfully submitted this **June 6, 2024,**

/s/ Kaelyn Diamond
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2430 Estancia Boulevard, Unit 108
Clearwater, FL 33761
(p) (727) 538-4188
(f) (727) 362-4778
Counsel for Plaintiff