# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETH CUNNINGHAM,

    Plaintiff,

v.                    Case No.  3:24-cv-662-MMH-LLL

IQ DATA INTERNATIONAL, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulated Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 15; Stipulation) filed on October 30, 2024. In the Stipulation, the parties request dismissal of this matter without prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. Each party shall bear its own costs and attorneys' fees.

3.  The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of October, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record